1   Bradley T. Austin, Esq.
    Nevada Bar No. 13064
2   SNELL & WILMER L.L.P.
    1700 S Pavilion Center Drive, Suite 700
3   Las Vegas, NV 89135
    Telephone: (702) 784-5200
4   Facsimile:  (702) 784-5252
    Email: baustin@swlaw.com
5

6   *Attorneys for Defendant Vegas.com, LLC*

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10  RACHEL CHACON, individually and on behalf       Case No. 2:24-cv-02088-APG-EJY
    of all others similarly situated,
11
                              Plaintiff,
12
                                                    **JOINT STIPULATION AND ORDER TO**
13       v.                                          **EXTEND TIME TO RESPOND TO**
                                                         **COMPLAINT**
14  VEGAS.COM, LLC,
                                                           **(FIRST REQUEST)**
15                            Defendant.

16          Pursuant to Local Rules 7-1 and IA 6-2, Plaintiff Rachel Chacon ("Plaintiff") and Defendant

17  Vegas.com, LLC ("Defendant") stipulate to extend Defendant's time to answer, move, or otherwise

18  respond to the Complaint from December 26, 2024 through and including January 23, 2025.  In

19  light of the upcoming holidays and travel schedule of defense counsel, as well as counsel's recent

20  retention in this matter, good cause exists to extend the same.

21  / / /

22  / / /

23  / / /

24

25

26

27

28

1    This stipulation is filed in good faith and is not intended to cause delay.

2    **IT IS SO STIPULATED.**

3    Dated: December 20, 2024.                    Dated: December 20, 2024.

4    SNELL & WILMER LLP                            KEMP JONES, LLP

5

6    By: /s/ *Bradley Austin*                       By: /s/ *Michael Gayan*
         Bradley T. Austin, Esq.                        Michael Gayan, Esq.
7        Nevada Bar No. 13064                           3800 Howard Hughes Parkway, 17th Floor
         1700 S Pavilion Center Drive, Suite 700        Las Vegas, NV 89169
8        Las Vegas, NV 89135

9        *Attorney for Defendant Vegas.com, LLC*        Philip L. Fraietta, Esq. (*PHV* pending)
                                                        BURSOR & FISHER, P.A.
10                                                      1330 Avenue of the Americas, 32nd Floor
                                                        New York, NY 10019
11

12                                                      Stefan Bogdanovich (*PHV* pending)
                                                        BURSOR & FIER, P.A.
13                                                      1990 North Carolina Blvd., Suite 940
                                                        Walnut Creek, CA 94596
14

15                                                      *Attorneys for Plaintiff*

16

17                                                  **IT IS SO ORDERED.**

18

19                                                  _____
                                                    UNITED STATES MAGISTRATE JUDGE
20
                                                    DATED:  December 20, 2024
21

22

23

24   4938-3904-0520

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200