**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

Stefan Bogdanovich (*pro hac vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

**KEMP JONES, LLP**
Michael Gayan, Esq. (Nev. Bar #11135)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
m.gayan@kempjones.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RACHEL CHACON, individually and on behalf of all others similarly situated,<br><br>                   Plaintiff,<br>     v.<br><br>VEGAS.COM, LLC,<br><br>                   Defendant. | Case No. 2:24-cv-2088-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE OPPOSITION AND REPLY BRIEFS TO DEFENDANT'S MOTION TO COMPEL ARBITRATION, OR, ALTERNATIVELY, TO DISMISS THE CLASS ACTION COMPLAINT**<br><br>**(FIRST REQUEST)** |

STIPULATION

Plaintiff Rachel Cachon, by and through her counsel of record, Bursor & Fisher, P.A. and Kemp Jones, LLP, and Defendant Vegas.com, LLC, by and through its counsel of record, Snell & Wilmer LLP and Goodsmith Gregg & Unruh LLP, hereby stipulate and agree to the following:

1. On November 7, 2024, Plaintiff filed his Class Action Complaint against Vegas.com, LLC. ECF No. 1.

2. On January 23, 2025, Vegas.com filed its Motion to Compel Arbitration and Dismiss Plaintiff's Class Action Complaint (the "Motion"). ECF Nos. 15 and 16.

3. February 6, 2025 is the deadline for Plaintiff to file his brief in opposition to the Motion.

4. Vegas.com, LLC's current deadline to file its reply brief in support of the Motion is February 13, 2025.

5. Plaintiff and Vegas.com, LLC agree that Plaintiff will have until February 27, 2025 to file an opposition to the Motion and Vegas.com, LLC will have until March 20, 2025 to file its reply brief in support of its Motion. This is the first request for an extension of time to file briefs to the Motion.

6. This extension is requested in good faith and not intended for purposes of delay but rather to provide both sides sufficient time to review and respond to the other's proffered evidence and argument.

Dated: January 30th, 2024

By:  /s/Michael Gayan

**KEMP JONES, LLP**
Michael Gayan, Esq. (Nev. Bar #11135)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
m.gayan @kempjones.com

**BURSOR & FISHER, P.A**.
Philip L. Fraietta (*pro hac vice app. forthcoming*)

1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

Stefan Bogdanovich (*pro hac vice app. forthcoming*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorneys for Plaintiff*

*/s/ Bradley T. Austin*
Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: baustin@swlaw.com

Timothy B. Hardwicke (*pro hac vice*)
Kathryn L. Couey (*pro hac vice*)
Miranda E. Wargo (*pro hac vice*)
GOODSMITH GREGG & UNRUH LLP
150 S. Wacker Drive, Suite 3150
Chicago, IL 60606
Tel: (312) 322-1981
thardwicke@ggulaw.com
kcouey@ggulaw.com
mwargo@ggulaw.com

*Attorneys for Defendant Vegas.com, LLC*

 

**IT IS SO ORDERED**:

_____
**U.S. MAGISTRATE JUDGE**

DATED: January 30, 2025