**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

Stefan Bogdanovich (*pro hac vice*)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

**CLAGGETT & SYKES LAW FIRM**
Michael Gayan, Esq. (Nev. Bar #11135)
1160 N. Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 655-2346
Facsimile: (702) 655-3763
mike@claggettlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RACHEL CHACON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

VEGAS.COM, LLC,

Defendant.

Case No. 2:24-cv-02088-APG-EJY

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby voluntarily dismisses her claims against Defendant Vegas.com, LLC, without prejudice.

Dated: May 1, 2026

By: *\/s/ Michael Gayan*

**CLAGGETT & SYKES LAW FIRM**
Michael Gayan, Esq. (Nev. Bar #11135)
1160 N. Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone: (702) 655-2346
Facsimile: (702) 655-3763
mike@claggettlaw.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

Stefan Bogdanovich (*pro hac vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Attorneys for Plaintiff*

## CERTIFICATE OF FILING AND PROOF OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court using its CM/ECF service, which will send notification of such filing to all counsel of record this 1st day of May, 2026.

*/s/ Melisa Pytlik*
An Employee of CLAGGETT & SYKES LAW FIRM